UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN D. STEELE and STEPHANIE A. STEELE, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., et al., <br><br> Defendants. | C17-643 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 6, is GRANTED, and the deadline for defendant Wells Fargo Bank, N.A. to file and serve a responsive pleading or motion is EXTENDED to May 22, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of May, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1