UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN D. STEELE and STEPHANIE A. STEELE,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

C17-643 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' second stipulated motion for an extension, docket no. 10, is GRANTED, and the deadline for defendant Wells Fargo Bank, N.A. to file and serve a responsive pleading or motion is EXTENDED to June 15, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1