THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN D. STEELE AND STEPHANIE A. STEELE, as husband and wife,

Plaintiffs,

v.

WELLS FARGO BANK, N.A.; QUALITY LOAN SERVICE CORP. OF WASHINGTON,

Defendants.

No. CV-17-00643-TSZ

**STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

## STIPULATION

Defendant Wells Fargo Bank, N.A. (Wells Fargo), and their counsel Barbara L. Bollero, Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP (AFRCT), 701 Pike Street, Suite 1560, Seattle, WA 98101, move to withdraw and Rudy A. Englund, David Spellman, and Jane E. Brown of Lane Powell PC move to substitute as counsel for the Represented Defendant under LCR 83.1(b).  Plaintiff and Defendant Quality Loan Service Corp. of Washington stipulate to the motion under LCR 10(g) allowing the withdrawal and substitution of counsel for Wells Fargo.

The undersigned counsel for Wells Fargo certifies that a true and correct copy of the Stipulated Motion has been served on all Parties.

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL: CV-17-00643-TSZ - 1

105727.1847/7016014.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

IT IS SO STIPULATED this 14th day of July, 2017.

| AFRCT, LLP (WA) | LANE POWELL pc |
|---|---|
| | By    *s/ Rudy A. Englund*<br>Rudy A. Englund, WSBA No. 04123 |
| By    *s/ Barbara L. Bollero*<br>Barbara L. Bollero, WSBA No. 28906 | By    *s/ David C. Spellman*<br>David C. Spellman, WSBA No. 15884 |
| | By    *s/ Jane E. Brown*<br>Jane E. Brown, WSBA No. 48763 |
| WITHDRAWING<br>Attorneys for Wells Fargo Bank, N.A. | SUBSTITUTING<br>Attorneys for Wells Fargo Bank, N.A. |
| DEARBORN LAW OFFICES | QUALITY LOAN SERVICE CORP. |
| By    *s/ Ajibola O. Oladapo*<br>Ajibola O. Oladapo, WSBA No. 41461<br>Attorneys for Plaintiffs Kevin D. Steel and Stephanie A. Steele | By    *s/ Robert W. McDonald*<br>Robert W. McDonald, WSBA No. 43842<br>Attorneys for Quality Loan Service Corp. |

**ORDER**

IT IS SO ORDERED.

Dated this 18th day of July, 2017.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL: CV-17-00643-TSZ - 2

105727.1847/7016014.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107